DAVID M. LOUIE                2162
Attorney General of Hawaii

JAMES E. HALVORSON      5457
JULIAN T. WHITE              2557
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
235 S. Beretania Street, 15th Floor
Honolulu, Hawaii 96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965
Email: julian.t.white@hawaii.gov

Attorneys for Defendants
DARRYLL D. M. WONG, in his official capacity
as ADJUTANT GENERAL FOR THE HAWAII
AIR NATIONAL GUARD, STATE OF HAWAII
and DANIEL ALEXANDER LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| TRAVIS T. TAKAKI, | Civil No. CV 13-00197 HG-BMK |
|---|---|
| Plaintiff, | DEFENDANTS DARRYLL D. M. WONG, IN HIS OFFICIAL CAPACITY AS ADJUTANT GENERAL FOR THE HAWAII AIR NATIONAL GUARD, STATE OF HAWAII AND DAVID ALEXANDER LOPEZ'S ANSWER TO COMPLAINT ; CERTIFICATE OF SERVICE |
| vs. | |
| DARRYLL D. M. WONG, IN HIS OFFICIAL CAPACITY AS ADJUTANT GENERAL FOR THE HAWAII AIR NATIONAL GUARD, STATE OF HAWAII, DAVID ALEXANDER LOPEZ, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE LIABILITY COMPANIES 1-10, DOE | |

ENTITIES 1-10 and DOE
GOVERNMENTAL UNITS 1-10,

           Defendants.

DEFENDANTS DARRYLL D. M. WONG, IN HIS OFFICIAL CAPACITY AS ADJUTANT GENERAL FOR THE HAWAII AIR NATIONAL GUARD, STATE OF HAWAII AND DAVID ALEXANDER LOPEZ'S ANSWER TO COMPLAINT

DEFENDANTS DARRYLL D. M. WONG, IN HIS OFFICIAL CAPACITY AS ADJUTANT GENERAL FOR THE HAWAII AIR NATIONAL GUARD, STATE OF HAWAII AND DAVID ALEXANDER LOPEZ (hereinafter "Defendants"), by and through their attorneys David M. Louie, Attorney General, State of Hawaii and James E. Halvorson and Julian T. White, Deputy Attorneys General, hereby answer the Complaint, filed on or about April 2, 2013 in the Circuit Court of the First Circuit, State of Hawaii, by Plaintiff TRAVIS T. TAKAKI (hereinafter "Plaintiff") and removed to the United States District Court for the District of Hawaii on April 26, 2013, as follows:

### FIRST DEFENSE

The Court lacks jurisdiction.

### SECOND DEFENSE

1.    Defendants admit the allegations contained in paragraph 1, 16 and 26.

2.    Defendants partially admit and deny the allegations contained in paragraph 2. Defendant Darryll D. M. Wong is a resident of the city and County of

Honolulu. However, the Hawaii Air National Guard is not solely a governmental agency of the State of Hawaii.

3. Defendants deny the allegations in paragraphs 9, 11, 13, 22, 33, 35, and 36 because they call for legal conclusions. Defendant also denies paragraphs 18, 23, 24, 32, 37 38, 40, 41, 42, 44, 46, 48, 49, 51.

4. Defendants are without sufficient knowledge to fully respond to the allegations in paragraphs 3, 4, 5, 6, 7, 8, 10, 12, 14, 15, 17, 19, 20, 21, 25, 27, 28, 29, 30, 31 and, therefore, deny the same at this time, subject to modification.

5. In response to paragraph 34, the Defendants incorporate by reference their responses to paragraphs 1 through 33.

6. In response to paragraph 39, the Defendants incorporate by reference their responses to paragraphs 1 through 38.

7. In response to paragraph 43, the Defendants incorporate by reference their responses to paragraphs 1 through 42.

8. In response to paragraph 45, the Defendants incorporate by reference their responses to paragraphs 1 through 44.

9. In response to paragraph 47, the Defendants incorporate by reference their responses to paragraphs 1 through 46.

10. In response to paragraph 48(sic), the Defendants incorporate by reference their responses to paragraphs 1 through 48.

11. In response to paragraph 50, the Defendants incorporate by reference their responses to paragraphs 1 through 49.

12. Defendants deny any and all remaining allegations not specifically responded to above. Defendants reserve the right to amend its responses.

### THIRD DEFENSE

The Complaint fails to state a claim against Defendants upon which relief can be granted.

### FOURTH DEFENSE

The claims are barred by sovereign immunity.

### FIFTH DEFENSE

The claims are barred by the Eleventh Amendment of the United States Constitution.

### SIXTH DEFENSE

Defendants have made reasonable efforts to accommodate the needs of the Plaintiff.

### SEVENTH DEFENSE

The claims are barred by qualified immunity.

### EIGHTH DEFENSE

Plaintiff has failed to exhaust remedies available under the collective bargaining agreement.

## NINTH DEFENSE

As a matter of law, the Defendants cannot be held liable on any claims based on acts and/or omissions in performing or failing to perform a discretionary function of duty.

## TENTH DEFENSE

Plaintiff's claims are barred by laches and/or waiver, and/or estoppel, and/or res judicata.

## ELEVENTH DEFENSE

If Plaintiff was injured as alleged, his own conduct was the sole or contributing factor, so recovery should be barred or reduced accordingly.

## TWELFTH DEFENSE

Plaintiff unreasonably failed to utilize processes and procedures made available by Defendants that would have prevented or corrected injuries of which Plaintiff complains.

## THIRTEENTH DEFENSE

Plaintiff has failed to exhaust requisite administrative remedies besides those contained in the collective bargaining agreement.

## FOURTEENTH DEFENSE

The actions taken by the Defendants were taken, made, and done in good faith for legitimate, non-discriminatory, job-related reasons and/or were based on factors other than those alleged by Plaintiff.

## FIFTEENTH DEFENSE

At all times relevant to the Plaintiff's claims, Defendants acted in good faith.

## SIXTEENTH DEFENSE

Plaintiff's claims may be barred by the statute of limitations.

## SEVENTEENTH DEFENSE

Plaintiff claims are barred by collateral estoppel.

## EIGHTEENTH DEFENSE

Plaintiff's claims are barred by unclean hands.

## NINETEENTH DEFENSE

Plaintiff has failed to mitigate damages, if any.

## TWENTIETH DEFENSE

Defense of illegality exists.

## TWENTY- FIRST DEFENSE

Defense of fraud exists.

## TWENTY- SECOND DEFENSE

Plaintiff does not have a claim under the Hawaii Whistleblowers Act, §378-62.

## TWENTY- THIRD DEFENSE

Defendants cannot be held liable for punitive damages.

## TWENTY- FOURTH DEFENSE

Defense of injury by fellow servant exists.

## TWENTY- FIFTH DEFENSE

Plaintiff has failed to join an indispensable party.

## TWENTY- SIXTH DEFENSE

Defendants reserve the right to amend this answer to plead other defenses which it may become aware during the course of discovery herein.

WHEREFORE, Defendants pray that:

1. The Plaintiff's prayer for relief on pages 9 and 10 of the Complaint be denied in its entirety and the Complaint herein be dismissed;

2. Defendants be awarded their reasonable attorneys' fees and costs incurred herein; and

3. The Court grant such further relief as it deems just, proper, and equitable.

DATED: Honolulu, Hawaii, May 1, 2013.

/s/ JULIAN T. WHITE
JULIAN T. WHITE
Deputy Attorney General

Attorney for DEFENDANTS DARRYLL D. M. WONG, IN HIS OFFICIAL CAPACITY AS ADJUTANT GENERAL FOR THE HAWAII AIR NATIONAL GUARD, STATE OF HAWAII AND DAVID ALEXANDER LOPEZ